COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-05-395-CV

 

EDELMIRA
AGUILAR, INDIVIDUALLY,                                    APPELLANTS

AND AS INDEPENDENT
EXECUTRIX

OF THE ESTATE OF JOSUE
AGUILAR,

DECEASED; JUDITH AGUILAR,
VIRGINIA

AGUILAR, AND MELBA
AGUILAR

 

                                                   V.

 

SPOKANE
MACHINERY, INC.                                                   APPELLEE

                                               ----------

            FROM
THE 352nd DISTRICT COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered AAppellants= Motion
To Dismiss Appeal.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the appellants,
for which let execution issue.

PER CURIAM

PANEL D: GARDNER, WALKER,
and MCCOY, JJ.      








DELIVERED: January 19,
2006











[1]See Tex. R. App. P. 47.4.